### 414.  CAUDELL *v.* SOUTHERN RAILWAY COMPANY.

HILL, C. J.  The plaintiff having failed to prove his case as laid, the court should have awarded a nonsuit. The defendant having introduced no testimony, the direction of a verdict in its favor was erroneous. *Proctor & Gamble Co.* v. *Blakely Oil Co.,* 128 *Ga.* 606, 57 S. E. 879.

The judgment is reversed, with direction that in the trial court a judgment of nonsuit be substituted for the judgment rendered.

Action for damages, from Habersham superior court—Judge Kimsey. January 30, 1907.

Argued June 25,—Decided September 19, 1907.

*J. C. Edwards, J. L. Perkins,* for plaintiff.

*McMillan & Erwin,* for defendant.